DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 1
TIME: 15:29:24                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

_____

Philadelphia                     40880   Allison, James Leslie
                                308178   Anderson, Melissa Anne
                                 78832   Arculeo, Ronald J.
                                 38664   Axelroth, Lynn Robin
                                 02505   Bazelon, Richard L.
                                307974   Berry, Elvira Nonye
                                 35145   Braverman, David L.
                                 92980   Bullock Jr., Otis Linwood
                                 28454   Busby, Leonard A.
                                319886   Carson, Seth Daniel
                                 40222   Cavalieri, Cristina
                                 84420   Circosta, Craig Michael
                                 71260   Clark, Cynthia A.
                                 51567   Colton, Jerrold Douglas
                                205212   Comerota Jr., Anthony James
                                317118   Crowell, Bradley Joseph
                                314005   Cummings, Kristen Belicia
                                202108   Dixon, Daniel Michael
                                201916   Esposito, Lesli Christine
                                200604   Felix, Lisa T.
                                310610   Flores, Chad Anthony
                                209820   Forman, Adam Jared
                                 93372   Gabrynowicz, Jocelyn A. Catalano
                                201225   Gill IV, William Francis
                                 66500   Goodwin, Charles Pearsall
                                 51118   Groshens, Thomas E.
                                 73835   Haase, David Strickler
                                314251   Higgins, Meghan A
                                 67822   Hinton, Pamela Beth
                                317787   Hodgson III, C Clark
                                 41373   Hwang, Sam Youl
                                316654   Jakob, Jeffrey Erik
                                 65702   Jakubik, Mark Edward
                                 83685   Jalon, Andres
                                204471   Jones Jr., Carl Elvis
                                310203   Jones, Sandra Karin
                                 40672   Kaskey, John Evan
                                 35468   Kattner, Conrad O.
                                316245   Kim, Eric Chanwoo
                                201675   King, Jonathan Robert
                                 73604   Lafferty, Steven M.
                                 81323   Lassiter, Duane Lamont
                                 50701   Levine, Ari D.
                                311903   Lignana, Joshua Michael
                                 37862   Linder, Eric J.
                                 94865   Link, Robert Patrick
                                312867   Lyons, Samantha Rachel
                                 90892   Madrid, Alvaro Javier
                                 77291   Malone, Thomas Brian

```
                       83459  Matanovic, Stephan
                       81810  McBennett, Ellen
                      319691  McCaffrey, Ryan Austin
                      309791  Miller, Matthew Lucius
DATE: 11/13/2018        PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 2
TIME: 15:29:24                   NON-COMPLIANT LAWYERS                  USER ID:
jilgenfr
                                      ACTIVE
                                                                       REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____
_____
Philadelphia( Continued )        65374  Milner III, C. George
                                 55695  Moro, Diana L.
                                 50734  Narcisi III, Laurence Anthony
                                 30879  O'Brien, Bradley David
                                 59322  Olofsson, Kristin M.
                                 44455  Pansini, Michael O.
                                308538  Pendleton Johnson, Kimya Shani
                                313857  Perkins, Julia Diane
                                319517  Peruto, Samantha Nicole
                                 57514  Peterson, Jennifer K.
                                 78547  Ray, James L.
                                 83155  Reavis, Sonte Anthony
                                 80237  Risk, Jayne Y.
                                 81011  Robertson, Steven E.
                                 38993  Schoff, Paul J.
                                 17568  Shapiro, David E.
                                 65987  Shea, John Peter
                                 81218  Short, Brian David
                                 53199  Silver, Larry D.
                                 86398  Simon, Amanda Rae
                                 27634  Sprang, Kenneth Allyn
                                309150  Sullivan Jr., John Patrick
                                201969  Taylor, Robert Hunter
                                 82475  Valvo, Joseph J.
                                 68761  Vittorelli Jr., Donald L.
                                 47017  Vuocolo, Diane E.
                                201064  Walters, Stephanie Teaford
                                 52227  Weiss, Margery Ellen
                                 60296  Wesoski, Mark Coleman
                                312604  Wilt, Charity Kristen
                                202947  Winning, Stephen Michael
                                 34814  Wolfe, J. Matthew
```

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 3
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

_____
_____

Lancaster                              201826   McHale, Michael E
                                       313243   Stout III, Raymond Ellsworth
                                       205195   Wachinski, Nicholas John

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____
_____

Northampton                    66536   Dethlefsen, Shawn Marie
                               28863   Edridge, Richard M.
                               38795   McLain, Erv D.
                               56546   Perrucci Jr., Angelo M.

DATE: 11/13/2018            PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 5
TIME: 15:29:24                      NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                          ACTIVE

                                                                                REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____

_____
Tioga                                    33850  Banik, Stephen J.

DATE: 11/13/2018                 PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 6
TIME: 15:29:24                            NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                                  ACTIVE
                                                                                      REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____

Allegheny                          00376  Arch, John G.
                                   20133  Bills Jr., George W.
                                   55827  Bould, Roger Martin
                                   93396  Brantley, Bryan C.
                                  315673  Cooley, Craig Mitchell
                                   93456  Cummings, Carey Lynn
                                   51080  Dailey, Joyce Cullinan
                                   11336  DeGrazia Jr., Basil M.
                                   83047  Deasy, James Edward
                                   44751  Fabiano, Philip Anthony
                                   67619  Foster III, John K.
                                   40298  Haycock, Cynthia J.
                                  311134  Howley, Brian Hughes
                                   85521  Kabbert, Richard Joseph
                                  205607  Kish, Christian Miles
                                   49502  Krahe, Linda DeNero
                                   63205  Kranich, Jay Brett
                                   89489  McEnteer, Patricia Eileen
                                   60006  Nagel, Joel Matthew
                                   35267  Opalinski, Christopher R.
                                   93393  Powell, Brittany Erin
                                   57882  Ramser, Joseph Andrew
                                   79790  Reisinger, Kristen Marie
                                  316552  Richardson, Padma K
                                   81200  Scozio, John D.
                                   24679  Shaw, Daniel F.
                                   82379  Shulsky Jr., Terry A.
                                   85030  Spatafore, Marcus Anthony
                                   74924  Suher, Jeffrey L.

```
 34615   Sweeney Jr., Thomas J.
312943   Szabo, Elizabeth Regina
 79613   Thompson, Daniel James
 81164   Viola, Laura
 18129   Witchko, Richard Keith
203072   Wolski, Thomas C.
 71506   Zurasky, Jamie Kay
```

DATE: 11/13/2018              PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 7
TIME: 15:29:24                        NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                           ACTIVE
                                                                                  REPORT:
ctrk_crt

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____

Erie                                72643   Taylor, Garrett Arthur
                                    70893   Zonna, Craig A.

DATE: 11/13/2018             PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 8
TIME: 15:29:24                      NON-COMPLIANT LAWYERS                         USER ID:
jilgenfr
                                          ACTIVE
                                                                                 REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

_____

Bucks                           313178  Allen, Marlene Ellen
                                 46549  Boyd, Barbara Jan
                                205491  Bria, Jennifer A.
                                318327  Copain, Paula Christine
                                308127  Ezeife, Nnamdi
                                 56942  Fleming, Beth Stern
                                 31279  Friedman, Steven J.
                                 84291  Kagan, Laurence M.
                                 88116  Kelton, Katherine Marie
                                 80705  Malik, Dean Hafeez
                                 84898  McNelly, Robert J.
                                 39455  Medaglio, Jeffrey Michael
                                 76311  Meyers, Jonathan Conway
                                 92090  Schirmer, Henry Louis
                                 32580  Staub, Christopher
                                 45535  Thum, William C.
                                208367  Young, Alissa C.

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 9
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE

                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

_____

Northumberland                   30016  Michetti, Joseph Charles
                                 41261  Targonski, Ann

DATE: 11/13/2018         PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 10
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____
_____
Cumberland                     316005  Baldock, Tiffanie Elizabeth
                                72604  Michak, George A.

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 11
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____
_____

Westmoreland                    61688  Bucci, Carol Ann
                                17327  Kukovich, Allen G.
                                42682  Maher, John Edward
                                86876  Senn, Eric K.

DATE: 11/13/2018               PENNSYLVANIA CONTINUING LEGAL EDUCATION               PAGE: 12
TIME: 15:29:24                          NON-COMPLIANT LAWYERS                         USER ID:
jilgenfr
                                              ACTIVE
                                                                                     REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

_____

Luzerne                          55156  Bellino, John Anthony

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 13
TIME: 15:29:24                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

_____

_____
Dauphin                    316318  Bennett, Heather Nicole

```
29021  Dryer, Earl R.
52114  Malloy, Mary Gene
```

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 14
TIME: 15:29:24                      NON-COMPLIANT LAWYERS                  USER ID:
jilgenfr
                                        ACTIVE

                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME

CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____

_____
Fayette                                17321  Kovach, Anthony John
                                       89930  Wade, Jason R.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____

_____
Chester

| | |
|---|---|
| 87071 | Alexander, Sharon Denise |
| 33758 | Bell, Craig M. |
| 73766 | Bendit, Richard Alan |
| 81952 | Cruice Jr., William P. |
| 81311 | Donohue, Vincent Thomas |
| 310835 | Evans, Deborah Ahern |
| 306821 | Frank, Daniel Morton |
| 61914 | Gallagher, John A. |
| 48986 | Gould, Aileen Allard |
| 86251 | Gray, Robert Joseph |
| 317070 | Huang, Fan |
| 93939 | La Fiura, Tara Grace |
| 72858 | McDonnell, Stephen R. |
| 30515 | O'Leary, Neil Joseph |
| 94568 | Paddick, Ryan Michael |
| 61562 | Rassman, Mark David |
| 204258 | Ricci, Justin Keith |
| 80588 | Shin, Alisa Marie |
| 93903 | Stackhouse, Daniel Louis |
| 76094 | Verduci, Paul |
| 62030 | Weil, Lynne Marie |
| 33504 | Wright II, John Beckley |

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 16
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr
                                        ACTIVE

                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____
_____
York                              64177   DeArmond, Jackie J.
                                  57242   Greene, Sandra Lynn
                                  93960   Ruth, Jennifer Lynn

DATE: 11/13/2018         PENNSYLVANIA CONTINUING LEGAL EDUCATION         PAGE: 17
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                      ACTIVE

                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

_____
_____
Berks                            43003  Morning, Ingrid
                                209816  Roecker, Sarah Jane
                                 30531  Weyl, Charles F.
                                310073  Womack, Ian George

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 18
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

_____

_____
Washington                         90750   Matta, Gary John
                                   68639   Shrager, Benita Sumey
                                   93217   Toprani, Steven Matthew
                                   72427   Wertman, Edward Walter

DATE: 11/13/2018            PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 19
TIME: 15:29:24                      NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                         ACTIVE
                                                                               REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____
_____
Crawford                              23639  Spadafore Jr., Emil Michael

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 20
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE

                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____

_____
Lehigh                              54910  Casselle, Dawne Astride
                                    45207  Knox, Joseph J.
                                    42698  Nelthropp, Albert V. F.
                                    29028  Perrucci, Michael J.

DATE: 11/13/2018                PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 21
TIME: 15:29:24                          NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                              ACTIVE
                                                                                    REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____

_____

| Delaware |        |                            |
|----------|--------|----------------------------|
|          |  51970 | Allie, James Michael       |
|          | 307798 | Brown III, Robert Emmet    |
|          |  88896 | D'Alessandro, Erica        |
|          |  75485 | DeRosa, Kenneth            |
|          |  94661 | Dugan, Michael Scholey     |
|          | 189581 | Greim, David M.            |
|          |  77742 | Guerin, Nicole Blanche     |
|          | 200357 | Heenan, Stacy Beth         |
|          |  95122 | Houldin, Mark Francis      |
|          |  75473 | Jarvis, Geoffrey Coyle     |
|          |  75943 | Maddaloni, Jennifer Holsten|
|          |  49544 | Malarick, Michael T.       |
|          |  79577 | McFadden, Thomas A.        |
|          |  65137 | Rizzo, Joseph F.           |
|          | 205220 | Sexton, Kenneth Mark       |
|          |  20496 | Strickler Jr., Charles S.  |
|          |  75389 | Su, Yeechun                |
|          | 310236 | Tingley, Lawrence Chandler |
|          |  61338 | Valz, Norman M.            |
|          |  67849 | Vance, Brian Charles       |

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 22
TIME: 15:29:24                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                         ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____

Susquehanna                      89858  Daly, Patrick Michael

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 23
TIME: 15:29:24                      NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                          ACTIVE
                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

_____
_____
Mercer                              91912   Blauser, Dionis Elaine
                                    66964   Ristvey, David A.

DATE: 11/13/2018               PENNSYLVANIA CONTINUING LEGAL EDUCATION               PAGE: 24
TIME: 15:29:24                          NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                              ACTIVE
                                                                                    REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

_____

_____
Montgomery                               43939   Allen, Anita L.
                                         80465   Barragree, Wendy Lappin
                                         66709   Bauer III, Paul A.
                                         68589   Bloch, Wayne David
                                         55754   Boyle, Brian D.
                                         83718   Byerley, Nicole Jane
                                         37206   Campbell, Charles W.
                                         54607   Carroll, Brian R.
                                         20039   Clement, Michael J.
                                         77799   Cohen, Holly B.
                                        209847   Diamond, Stuart
                                        321713   Dugan, Thomas Michael
                                         52530   Egan III, Thomas C.
                                        207205   Gigliotti, Michael Philip
                                         58456   Giordano, A. Christine
                                         75937   Goldin, Ely

```
  77802  Heaton, Jeffrey Charles
  53686  Hofferman, Jeffrey D.
 205939  Janick Jr., John Leon
  69936  John, Michael Anthony
  59713  Kessler, Andrew D.
  79757  Kimmel, Wayne Douglas
 322082  Knapp, Kevin Ryan
  52915  Lyons, James Patrick
  35530  Mann, Julie E.
  63016  McCrea, Kevin M.
  90849  Moretsky, Alexander
 320246  Ostrove, Norman Paul
 315670  Park, Joseph Seungmin
  66636  Petersen, Vincent Erik
  72625  Pisani, Michael B.
  82009  Polsky, Scott David
  81420  Ramage, Jeffrey Michael
  50575  Salter, Dianne S.
  94155  Sammin, Kyle Thomas
  51481  Snyder, Jacob N.
  14562  Switkay, Howard W.
 204744  Thoen, Allan Andrew
 203902  Tropiano, Nicolette Marie
 208444  Volk, David Gregory
  41360  Weinberg, Frederic Ivan
  88450  Woodman, Ron L.
  43811  Woodside, J. Stephen
```

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 25
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____

Monroe                              47014  Verbonitz, Martha Ann

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 26
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____

Lackawanna                         205644   Blewitt, Regina Marie
                                   205494   Boyd, Ellen Jordan
                                    92519   O'Malley, Jason M
                                   311958   Ruane, Peter Agnone
                                    91117   Siejk, John L.
                                    36896   Walker, Paul Joseph

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 27
TIME: 15:29:24                     NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                         ACTIVE

                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____
_____

Cambria                               15131  Wendekier, Raymond J.

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION                PAGE: 28
TIME: 15:29:24                      NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                          ACTIVE

                                                                                REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____
_____

Centre                          71532   DeBoef, Anthony Gene
                                86323   Lucchesi, Faith Marie

DATE: 11/13/2018            PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 29
TIME: 15:29:24                       NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr

                                          ACTIVE

                                                                              REPORT:

ctrk_crt

_____

_____
Butler                          70957   Andrews, Amy Jo
                                62637   Beacom, Stephen Mark
                               310247   Hammonds, Patrick
                                84784   Kapp, Lysle J.

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____
_____
Lawrence                                81946  Berezniak, Philip William
                                        18244  Gettleman, Paul R.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

_____

| Out Of State | 317219 | Alden, Elizabeth Ellen |
|---|---|---|
| | 321809 | Andalkar, Manoj Ratnakar |
| | 57803 | Assaf, Eugene Frank |
| | 37302 | Atkins, Deana Elizabeth |
| | 30652 | Bailey, Pamela Jean |
| | 322038 | Barot, Kishen Y |
| | 50146 | Barry Jr., Robert A. J. |
| | 72084 | Beagles, Cynthia C. |
| | 208140 | Brady, Beth Reed |
| | 310586 | Brooks, Dustin Todd |
| | 71844 | Budd, Kevin Michael |
| | 210286 | Bullock, Fateen Anthony |
| | 91412 | Cherner-Ranft, Meghan |
| | 94353 | Chisholm, Patricia Louise |
| | 42647 | Chiumento, Gary Carl |
| | 63377 | Clarke, James F. |
| | 25899 | Cohen, Robert T. |
| | 316824 | Cole, Michael Walter |
| | 80681 | Comegno II, John Bernard |
| | 56359 | Connell, Elizabeth Ward |
| | 00251 | Conner, Herbert B. |
| | 207969 | Cook, Nathan Jerome |
| | 202600 | Curtis, Michael Thomas |
| | 76167 | De Bruin, Gary Francis |
| | 201621 | DeYoung, Kristin Malee |
| | 316968 | Derrick, Samuel Wesley |
| | 313107 | Desai, Nikita Arun |
| | 68368 | Detweiler, Donald James |
| | 207307 | Dweck, H.P.Sean |
| | 90660 | England, Margaret Fleming |
| | 205471 | Everett, Cheron Daniell |
| | 38012 | Fausto, Nicholas M. |
| | 65095 | Fetter, Jeffrey M. |
| | 311567 | Fischer, Maria |
| | 31933 | Forsyth III, Andrew W. |
| | 79667 | Friedrichs, Karl F. |
| | 203518 | Fry, Gretchen Elaine |
| | 12466 | Garrett, James Y. |
| | 86392 | Garrity, Colleen Anne |
| | 66675 | Geiger, Karen Ann |
| | 90085 | Geiger, Valerie |
| | 45971 | Gitlin, Lewis D. |
| | 17944 | Goldstein, Jay Mark |
| | 321479 | Goodman, Adam Scott |
| | 37936 | Grabel, Morton Joel |
| | 321681 | Grace, Christopher Donald |

```
                              89370  Gray, Phillip Anthony
                             201882  Greenblatt, Michael E.
                             202567  Haber, Richard Peter
                             308487  Haley, Kenneth
                              88495  Hall, Stephen Edmund
                              24744  Harvis, Barry Michael
                             205394  Hayes, Phillip Michael
```

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 32
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                       ACTIVE
                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

```
_____

_____
Out Of State( Continued )        314966  Henninger, Brianne Michelle
                                 204642  Hessinger, Gregory James
                                 317339  Hilmy, Pauline Virginia
                                 304879  Hoehn, Melissa J.
                                 308574  Holmes, Malika Hollis
                                  84538  Hopkins, Christopher D.
                                 307772  Hordis, Steven
                                 321502  Huber, Adam Jeffrey
                                  39584  Johnston, Gordon Scott
                                 304854  Juba, Mark Francis
                                  69611  Kalson, Richard David
                                  92076  Kearney, Sean J.
                                  90088  Kehrli, Christopher Robert
                                  85407  Kluchnick, Kimberley Stuart
                                  86566  Kranz, Carolynn S.
                                  72280  Kulpan, Bruce R.
                                 312705  Lenti, Mary Elizabeth
                                  91658  Lerner, Jeffrey David
                                  88824  Lieberman, Ronald G.
                                  71641  Lyons, Matthew Patrick
                                  82430  Madden, John-Paul
                                  93311  Magakyan, Karina A.
                                  93074  Manganaro, Gabrielle
                                 315474  Marlowe, Matthew
                                  37046  Matey Jr., Edward J.
                                  84225  Mayer, Christopher S.
                                  82156  McAndrews Jr., Roland George
                                 311012  McDaniel, Mary-Elizabeth
                                  55224  McElroy, Carleen D.
                                 202259  McGrory, Patrick M.
                                 201187  McLaughlin 2nd, James Peter
                                  77661  Misse, Maria
                                  49031  Moore, Cornell
                                 308399  Mountain, Gregory Alyn
                                 320410  Navarro, Julio
                                  94337  Nolan, John M.
                                  52486  Nord, Michael D.
                                  78802  Northcutt, Kimberly Michelle
                                 203442  O'Malley, Kevin Michael
                                 318660  Patrick, Andrew
                                 201853  Pickering III, Frederick Butterfield
                                  44637  Regula, Max Allen
```

```
                            201450   Reliford, Randolph Christian
                            308609   Rhoades, Julie L.
                             53381   Rosen, Evan S.
                            309449   Rosenthal, Daniel Jeffrey
                             92094   Russo, Jeffrey Michael
                            321071   Russoniello, Gina Maria
                             49369   Savage, Daryl Davinci
                             73712   Scavo, Cheryl Jaclyn
                            307568   Schmitt, Colin Michael
                             67331   Schultz, John Francis
                             95036   Smith, Ross Teele
```

DATE: 11/13/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 33
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                        ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED

```
_____
_____
Out Of State( Continued )       48894   Smolka, Christopher J.
                                63933   Soriano, Enrico Castor
                                60239   Stein, Michael David
                                20187   Stern, Michael D.
                                31905   Strickland, William Leon
                                76590   Taney Jr., Francis Xavier
                                64393   Taylor, Daniel Paul
                                66880   Thoman, Todd H.
                                75591   Thomas Jr., John Francis
                               309681   Tiufekchiev, Michael Patrick
                                65903   Vietti, Vincent Anthony
                                86230   Volkman, Rachel
                                81176   Wiggins, Brett Eric
                                62867   Williams, Kevin Theodore
                                77344   Williams, Mark Stephen
                                27393   Wilson, Charles L.


             COUNT OF ATTORNEYS FOR ACTIVE  STATUS IS 404
```

DATE: 11/13/2018           PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 34
TIME: 15:29:24                    NON-COMPLIANT LAWYERS                       USER ID:
jilgenfr
                         LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                             REPORT:
ctrk_crt

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302018 GROUP 1, REINST FEE ASSESSED
_____
_____

Delaware                        317381  Hamel, Kevin Raymond


        COUNT OF ATTORNEYS FOR LIMITED IN-HOUSE CORPORATE COUNSEL   STATUS IS 1


        TOTALS PER COUNTY:

            Philadelphia               85
            Lancaster                   3
            Northampton                 4
            Tioga                       1
            Allegheny                  36
            Erie                        2
            Bucks                      17
            Northumberland              2
            Cumberland                  2
            Westmoreland                4
            Luzerne                     1
            Dauphin                     3
            Fayette                     2
            Chester                    22
            York                        3
            Berks                       4
            Washington                  4
            Crawford                    1
            Lehigh                      4
            Delaware                   20
            Susquehanna                 1
            Mercer                      2
            Montgomery                 43
            Monroe                      1
            Lackawanna                  6
            Cambria                     1

```
        Centre                          2
        Butler                          4
        Lawrence                        2
        Out Of State                  122
        Delaware                        1


TOTAL NUMBER OF LAWYERS REPORTED:      405
```